UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LIZ LORENA LOPEZ MORENO )<br>   Petitioner, )<br> )<br>-v- )<br> )<br>JASON MICHAEL ZANK, )<br>   Respondent. )<br>_____ ) | No. 1:17-cv-732<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the Opinion and Order entered on this date and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

  **IT IS SO ORDERED.**

**Date:** _November 15, 2017_            /s/ Paul L. Maloney
                           Paul L. Maloney
                          United States District Judge